**Order entered February 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01476-CV

### IN THE INTEREST OF H.D.V., JR. AND B.V., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04711**

## ORDER

Before the Court is the February 9, 2015 motion of Elizabeth Neve Griffin, Official Court Reporter for the 302nd Judicial District Court of Dallas County, Texas, seeking a ninety-day of extension of time to file the reporter's record. We **GRANT** the motion **TO THE EXTENT** that the reporter's record shall be filed **THIRTY DAYS** from the date of this order. *See* TEX. R. APP. P. 35.3(c).

/s/      ELIZABETH LANG-MIERS
         JUSTICE